Exhibit A

COMMONWEALTH OF MASSACHUSETTS

| | |
|---|---|
| NORFOLK, ss | SUPERIOR COURT<br>Docket No. 2482CV00948 |

NEPREO, INC.   )
                               )
              Plaintiff,   )
v.                           )     **FIRST AMENDED**
                               )     **COMPLAINT**
JAGJIWAN MERCHIA,   )
SHONA PENDSE, ANIL PENDSE, and   )
RATNA PENDSE   )
                               )
              Defendants.   )

RECEIVED & FILED
2024 OCT 11 PM 3:32
CLERK OF THE COURT
NORFOLK COUNTY

Introduction

1. This is an action by Plaintiff, assignee of a $500,000 money judgment from this Court against Pankaj Merchia (Debtor), asserting claims for the fraudulent transfer of multimillion-dollar real estate in Brookline, Massachusetts, from the Debtor and Defendants Shona Pendse and Anil and Ratna Pendse (Shona's parents) to Defendant Jagjiwan Merchia (Debtor's father) for nominal consideration ($6,000) in an effort to hinder, delay, or defraud Plaintiff's recovery of the judgment debt. The fraudulent deed was recorded just months <u>after</u> entry of the money judgment against Debtor and <u>one day</u> after Debtor emailed undersigned counsel stating "I am in need of cash" while soliciting offers for the sale of the same Brookline property. Defendant Jagjiwan Merchia also signed and filed a fraudulent declaration of homestead. Plaintiff asserts two counts of fraudulent transfer under the Uniform Fraudulent Transfer Act, non-statutory creditor's bill, common law fraud, and violation of Chapter 93A.

Parties

2. Plaintiff NEPREO, Inc. ("**Plaintiff**") is a Massachusetts corporation having an address of 337 Freeport Street, Boston, Massachusetts, 02122, Suffolk County.