UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Nepreo, Inc. | ) |
| 337 Freeport St | ) |
| jKeough@nepcoInc.com | ) |
| cell 617-288-0612 | ) Docket # _____ |
| *Plaintiff* | ) |
| vs. | ) Removed from |
| Shona Pendse, et al. | ) Norfolk County Superior Court |
| 18301 Bright Plume Ter | ) Docket # 2482CV00948 |
| Boyds, MD 20841 | ) |
| ALL MAIL: | ) |
|   sPendseFormal@gmail.com | ) |
|   cell 202-930-2720 | ) |
| *Defendant* | ) |

## MOTION FOR CM/ECF ACCESS FOR THIS CASE

Defendant, Dr. Shona PEndse, *pro* se hereby moves this honorable court for access to the court's electronic case filing (ECF) system to

- conserve judicial resources of the clerk's office (open mail, scan documents, file into case),
- reduce potential errors in communication,
- reduce delays in the court and all parties receiving documents,
- reduce environmental harm (cutting trees, processing pulp to make paper, electricity to print papers and envelopes, fuel for transport, pollution from transport),
- reduce costs (printing and mailing), and

- most of all to reduce inequity from wealthier parties who can afford attorneys having an advantage in time and cost of bringing matters to the court's attention.

Defendant hereby asserts that she will abide by the rules of the ECF system and is familiar with the use of computers to that end.

Defendant further describe her access to the internet as that of xFinity Cable Modem or tMobile 5g or Verizon FIOS, confirms her capacity to file documents and receive filings electronically on a regular basis by receiving them at sPendseFormal@gmail.com which comes to both her phone and laptop computer, and certifies that she has successfully been permitted to file electronically in other courts.

Defendant hereby consents to electronic service of all documents and understands that hereafter she shall be responsible for monitoring her e-mail accounts, and, upon receipt of notice of an electronic filing, for retrieving the noticed filing, and, when required, filing a timely response.

/s/ Shona Pendse, M.D.
sPendseFormal@gmail.com
cell 202-930-2720
Mail to: 18301 Bright Plume Ter, Boyds, MD 20841